44 So.2d 923

**SOUTHERN LIFE & HEALTH INSURANCE CO. v. Mae V. LEAGUE.**

**8 Div. 785.**

Court of Appeals of Alabama.
Jan. 19, 1950.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

PER CURIAM.
Appeal dismissed, want of prosecution.

49 So.2d 927

**J. D. SPENCER v. CITY OF TUSCALOOSA.**

**6 Div. 34.**

Court of Appeals of Alabama.
Nov. 30, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Appeal dismissed.

51 So.2d 918

**William SPENCER v. STATE.**

**7 Div. 91.**

Court of Appeals of Alabama.
Jan. 23, 1951.

Rehearing Denied Feb. 7, 1951.

Appeal from Circuit Court, Calhoun County; Leslie C. Longshore, Judge.

Hawkins & Copeland, of Gadsden, for appellant.

Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

46 So.2d 866

**Richard Thomas SPRINGFIELD v. STATE.**

**6 Div. 952.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Attempt to transport.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

46 So.2d 867

**Pauline SPROUSE v. CITY OF CORDOVA.**

**6 Div. 974.**

Court of Appeals of Alabama.
April 20, 1950.

Appeal from Circuit Court, Walker County; Roy Mayhall, Judge.

Violating city ordinance.

PER CURIAM.
Appeal dismissed, want of prosecution.

46 So.2d 867

**Coy STANFORD v. STATE.**

**6 Div. 65.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Lamar County; Verdo Elmore, Judge.

Violating prohibition law.

R. G. Redden, of Vernon, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed, motion of appellant.

46 So.2d 867

**Samuel Verner (alias S. V.) STANLEY v. STATE.**
**6 Div. 969.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Disposing of mortgaged property.

Gordon Davis, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

47 So.2d 926

**J. M. STANLEY v. J. C. HESTER, Admr.**
**6 Div. 69.**

Court of Appeals of Alabama.
May 11, 1950.

Appeal from Circuit Court, Lamar County; Verdo Elmore, Judge.

Sims & Sims, of Columbus, Miss., for appellant.

Newman Strawbridge, of Vernon, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

51 So.2d 918

**Herbert STEPHENS v. STATE.**
**6 Div. 116.**

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

44 So.2d 40

**Lee STEWART v. STATE.**
**6 Div. 863.**

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Cullman County; Newton B. Powell, Judge.

Possessing still.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 40

**William STEWART v. STATE.**
**6 Div. 862.**

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Cullman County; Newton B. Powell, Judge.

Possessing still.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.